UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST
FUND OF LOCAL UNION #58, IBEW;
ELECTRICAL WORKERS' JOINT BOARD OF
TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND OF THE ELECTRICAL INDUSTRY,
DETROIT, MICHIGAN; IBEW LOCAL NO. 58
ANNUITY FUND; JOINT   APPRENTICESHIP
TRAINING TRUST FUND; NATIONAL ELECTRICAL
BENEFIT FUND; and NATIONAL LABOR
MANAGEMENT COOPERATION COMMITTEE, trust funds
established under, and administered pursuant to, federal law,

          Plaintiffs,

          Case No. 26-10067

-vs-

          JUDGE: HON. F. KAY BEHM

AXIS ELECTRIC, LLC,

          Defendant.
_____/

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR ALTERNATE SERVICE**

      Based upon Plaintiffs' Motion for Alternate Service, with Brief and Affidavit filed in support thereof,   IT IS HEREBY ORDERED THAT:

1

Plaintiffs' Motion for Alternate Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on defendant by posting copies of the Summons, Complaint and this Order Granting Plaintiffs' Motion for Alternate Service on the front door of the address given as the address of the registered agent of the defendant, 448 E. Parent Avenue; Royal Oak, Michigan 48067, and by mailing a copy of said documents by regular mail and certified mail to defendant at the same address.

**SO ORDERED.**

Date: January 23, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2